# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:     TARA L. SHAFFER AKA: TARA SILVA ARIAS
        Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
        Movant

vs.

TARA L. SHAFFER AKA: TARA SILVA ARIAS
        Respondent(s)

CHAPTER 13

CASE NO: 1-19-01412-HWV

## TRUSTEE'S MOTION TO DISMISS CASE

AND NOW, on November 20, 2019, comes Charles J. DeHart, III, Standing Chapter 13 Trustee, by and through his attorney James K. Jones, Esquire, and respectfully represents the following:

1. A Plan was filed on May 8, 2019.

2. A hearing was held and an Order was entered on September 11, 2019 directing that an amended plan be filed within thirty (30) days.

3. As of the date of this Motion, an amended plan has not been filed.

4. The delay in filing a confirmable plan in this case is prejudicial to creditors.

WHEREFORE, your Trustee respectfully requests your Honorable Court dismiss the case upon the basis that Debtors have failed to propose a confirmable plan.

Respectfully submitted,

s/   James K. Jones, Esq.
Id:   39031
Attorney for Trustee
Charles J. DeHart, III
Standing Chapter 13 Trustee
Ste. A, 8125 Adams Drive
Hummelstown, PA   17036
Ph.   717-566-6097
Fax. 717-566-8313
eMail: jjones@pamd13trustee.com

**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE: TARA L. SHAFFER
AKA: TARA SILVA ARIAS

CHAPTER 13

Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE

CASE NO: 1-19-01412-HWV

Movant

## NOTICE

NOTICE IS HEREBY GIVEN that Charles J. DeHart, III, Standing Chapter 13 Trustee for the Middle District of Pennsylvania has filed a Motion to Dismiss for failure to file a confirmable Chapter 13 Plan.

YOU ARE HEREBY NOTICED that a hearing has been scheduled on this matter for:

Ronald Reagan Federal Bldg  Date: December 11, 2019
Bankruptcy Courtroom, 3rd Floor
228 Walnut Street
Harrisburg, PA 17101  Time: 09:35 AM

Any objection or response filed must be filed with the Clerk, U.S. Bankruptcy Court and served on the Chapter 13 Trustee.

Charles J. DeHart, III, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
Phone: (717) 566-6097
Email: dehartstaff@pamd13trustee.com

Dated: November 20, 2019

IN RE:  TARA L. SHAFFER
        AKA: TARA SILVA ARIAS

Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
Movant

TARA L. SHAFFER
AKA: TARA SILVA ARIAS

Respondent(s)

CHAPTER 13

CASE NO: 1-19-01412-HWV

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on November 20, 2019, I served a copy of this Motion to Dismiss, Notice and Proposed Order on the following parties by 1st Class mail, unless served electronically.

SEAN P QUINLAN, ESQUIRE        Served electronically
2331 MARKET STREET
CAMP HILL, PA  17011-

United States Trustee        Served electronically
228 Walnut Street
Suite 1190
Harrisburg, PA  17101

TARA L. SHAFFER        Served by 1st Class Mail
1324 PEIFFERS LANE
HARRISBURG, PA  17113

I certify under penalty of perjury that the foregoing is true and correct.

Date:  November 20, 2019

Respectfully,
Vickie Williams
for Charles J. DeHart, III, Trustee
Suite A, 8125 Adams Dr.
Hummelstown, PA  17036
Phone:  (717) 566-6097
eMail: dehartstaff@pamd13trustee.com

IN RE: TARA L. SHAFFER
AKA: TARA SILVA ARIAS

Debtor(s)

CHAPTER 13

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
Movant

TARA L. SHAFFER
AKA: TARA SILVA ARIAS

CASE NO: 1-19-01412-HWV

Respondent(s)

## ORDER DISMSSING CASE

Upon consideration of the Trustee's Motion to Dismiss, it is hereby Ordered that the above-captioned bankruptcy be and hereby is dismissed.