United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Tara L. Shaffer  
    Debtor

Case No. 19-01412-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: AutoDocke     Page 1 of 2  
Date Rcvd: Mar 17, 2021     Form ID: fnldecnd     Total Noticed: 18

The following symbols are used throughout this certificate:  
**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 19, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Tara L. Shaffer, 1324 Peiffers Lane, Harrisburg, PA 17113-1015 |
| 5182069 | + | CitiFinancial, Attn: Bankruptcy, 605 Munn Rd, Fort Mill, SC 29715-8421 |
| 5182071 | | Ditech Financial LLC, Ditech Payment Processing, PO Box 660934, Dallas, TX 75266-0934 |
| 5182078 | + | Penn Credit, Attn:Bankruptcy, Po Box 988, Harrisburg, PA 17108-0988 |
| 5182081 | ++ | TOYOTA MOTOR CREDIT CORPORATION, PO BOX 8026, CEDAR RAPIDS IA 52408-8026 address filed with court:, Toyota Financial Services, Attn: Bankruptcy, Po Box 8026, Cedar Rapids, IA 52409 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Mar 17 2021 18:58:00 | Americredit Financial Services, Inc. Dba GM Financ, P.O Box 183853, Arlington, TX 76096-3853 |
| 5203894 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Mar 17 2021 18:58:00 | AmeriCredit Financial Services, Inc., dba GM Financial, P O Box 183853, Arlington, TX 76096 |
| 5182067 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Mar 17 2021 18:58:00 | AmeriCredit/GM Financial, Attn: Bankruptcy, Po Box 183853, Arlington, TX 76096-3853 |
| 5182070 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Mar 17 2021 18:58:00 | Citizens Bank, PO Box 7000, Providence, RI 02940 |
| 5182068 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Mar 17 2021 19:15:24 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5182072 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 17 2021 18:58:00 | Internal Revenue Service, P.O. Box 69, Memphis, TN 38101 |
| 5182074 | + | Email/Text: PBNCNotifications@peritusservices.com | Mar 17 2021 18:58:00 | Kohls/Capital One, Kohls Credit, Po Box 3120, Milwaukee, WI 53201-3120 |
| 5182075 | + | Email/Text: unger@members1st.org | Mar 17 2021 18:59:00 | Members 1st Fcu, Attn: Bankruptcy Dept, 5000 Louise Drive, Mechanicsburg, PA 17055-4899 |
| 5182077 | + | Email/PDF: cbp@onemainfinancial.com | Mar 17 2021 19:11:18 | OneMain Financial, Attn: Bankruptcy, Po Box 3251, Evansville, IN 47731-3251 |
| 5182080 | + | Email/PDF: RACBANKRUPTCY@BBANDT.COM | Mar 17 2021 19:15:52 | Regional Acceptance Co, Attn: Bankruptcy, Po Box 1487, Wilson, NC 27894-1487 |
| 5182082 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Mar 17 2021 18:58:00 | Verizon, Verizon Wireless Bk Admin, 500 Technology Dr Ste 550, Weldon Springs, MO 63304-2225 |
| 5208864 | | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Mar 17 2021 19:13:40 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 5182083 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Mar 17 2021 18:58:00 | Verizon Wireless, Attn: Verizon Wireless Bankruptcy Admini, 500 Technology Dr, Ste 550, Weldon Spring, MO 63304-2225 |

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5199057 | | Americredit Financial Services, Inc. Dba GM Financ |
| 5182073 | | Josh Silva-Arias |
| 5182076 | *+ | Members 1st Fcu, Attn: Bankruptcy Dept, 5000 Louise Drive, Mechanicsburg, PA 17055-4899 |
| 5182079 | *+ | Penn Credit, Attn:Bankruptcy, Po Box 988, Harrisburg, PA 17108-0988 |

TOTAL: 2 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 19, 2021      Signature:    /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 17, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Charles J DeHart, III (Trustee) | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor Ditech Financial LLC bkgroup@kmllawgroup.com |
| Sean Patrick Quinlan | on behalf of Debtor 1 Tara L. Shaffer spqesq@gmail.com spqesq@gmail.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Tara L. Shaffer, <br> aka Tara Silva Arias, | Chapter 13 |
| **Debtor 1** | Case No. 1:19−bk−01412−HWV |

Social Security No.:
xxx−xx−6907

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

## IT IS ORDERED THAT:

**Charles J DeHart, III (Trustee)**

is discharged as trustee of the estate of the above named debtor(s); the case is closed without a discharge having been issued for **Tara L. Shaffer** in accordance with §1328 of the Bankruptcy Code.

Dated: March 17, 2021

By the Court,

*[signature]*

Honorable Henry W. Van Eck
Chief Bankruptcy Judge
By: RyanEshelman, Deputy Clerk

**fnldec** (10/20)